438 A.2d 643

Wilson, etc., Appellant v. Ford Motor Co., et al.

578

Argued March 10, 1981. Louis Kattelman, for appellant; James J. Donohue, for appellees.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.